IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MARGO KYLER KNIGHT, LATUSHA VAINS, JANE LEFKOWITZ, GRETA MOSS, HOPE TAFET, DEBBIE CARTHAN, JEANNE SACKLOW, ERIKA TARGUM, LESLIE LEVITT-RASCHELLA, JOHN CONA, CASSONDRA JOSEPH, KELLY MCGURN, WENDY HAGGARTY and MARK WADE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAKS INCORPORATED, <br><br> Defendant. | Civil Action No. 1:18-cv-00360 |

**DEFENDANT'S RENEWED MOTION TO TRANSFER VENUE PURSUANT TO SECTION 1404(A) TO THE SOUTHERN DISTRICT OF NEW YORK**

Defendant Saks Incorporated ("Saks") hereby moves to transfer venue to the Southern District of New York pursuant to 28 U.S.C. § 1404(a). In support of this Motion, Saks relies on the accompanying memorandum of law.

Dated: November 6, 2018

/s/ Keane A. Barger
Keane A. Barger
Tennessee Bar No. 33196
Elizabeth O. Gonser
Tennessee Bar No. 26329
RILEY, WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
Fax: (615) 320-3737
kbarger@rwjplc.com
egonser@rwjplc.com

-and-

Gregory T. Parks (*admitted pro hac vice*)

Ezra D. Church (*admitted pro hac vice*)
Kristin M. Hadgis (*admitted pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Fax: (215) 963-5001
gregory.parks@morganlewis.com
ezra.church@morganlewis.com
kristin.hadgis@morganlewis.com

*Attorneys for Defendant, Saks Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF filing system on November 6, 2018 upon the following:

Kevin H. Sharp
Tennessee Bar No. 16287
SANFORD HEISLER SHARP, LLP
611 Commerce Street
Suite 3100
Nashville, TN 37203
Phone: (615) 434-7000
Fax: (615) 434-7020
ksharp@sanfordheisler.com

Ben Barnow (*admitted pro hac vice*)
Erich P. Schork (*admitted pro hac vice*)
BARNOW AND ASSOCIATES, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL 60602
Telephone: (312) 621-2000
Fax: (312) 641-5504
b.barnow@barnowlaw.com
e.schork@barnowlaw.com

Janine Pollack (*admitted pro hac vice*)
THE SULTZER LAW GROUP, P.C.
351 West 54th Street, Suite 1C
New York, New York 10019
Telephone: (212) 969-7810
Fax: (888) 749-7749
pollackj@thesultzerlawgroup.com

Daniel Tepper (*admitted pro hac vice*)
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ, LLP
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Fax: (212) 686-0114
tepper@whafh.com

*Attorneys for Plaintiffs,
Margo Kyler Knight, Latusha Vains, Jane
Lefkowitz, Greta Moss, Hope Tafet, Debbie
Carthan, Jeanne Sacklow, Erika Targum,
Leslie Levitt-Raschella, John Cona,
Cassondra Joseph, Kelly McGurn, Wendy
Haggarty, and Mark Wade*

                                        */s/ Keane A. Barger*
                                          Keane A. Barger