UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEANNE SACKLOW, et al., individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) NO. 3:18-cv-00360 |
| v. | ) ) ) |
| SAKS INCORPORATED, | ) ) |
| Defendant. | ) ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, Saks Incorporated's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (Doc. No. 55) is **GRANTED**. The Clerk of Court **SHALL** transfer this case to the U.S. District Court for the Southern District of New York and close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE